In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00471-CV

_____


IN RE MARCELINO RODRIGUEZ, DONNA JEAN FORGAS, LINDA
MARIE WILTZ GILMORE AND JOCK WAGNER

_____

Original Proceeding

_____

**MEMORANDUM OPINION**

A petition for writ of mandamus and motion for temporary relief filed by
Marcelino Rodriguez, Donna Jean Forgas, Linda Marie Wiltz Gilmore and Jock
Wagner seeks to compel the trial court to vacate its order of October 21, 2013,
which rescheduled an election. A writ of mandamus may be issued to correct a
clear abuse of discretion when that abuse cannot be remedied by appeal. *In re
Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004); *Walker v.
Packer*, 827 S.W.2d 833, 839 (Tex. 1992). After reviewing the mandamus record

1

and petition, we conclude that the relators have not demonstrated that they are entitled to mandamus relief. We deny the petition for writ of mandamus and the motion for temporary relief.

PETITION DENIED.

PER CURIAM

Opinion Delivered October 22, 2013

Before McKeithen, C.J., Kreger and Horton, JJ.